FILED by YH D.C.

Mar 23, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80042-CR-MARRA/MATTHEWMAN

26 U.S.C. § 7206(1)
26 U.S.C. § 7203

UNITED STATES OF AMERICA

v.

KASALI OBPABOLA JR.,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

**Relevant Federal Income Tax Provisions**

1. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for enforcing and administering the tax laws of the United States of America and collecting taxes owed to the United States.

2. United States taxpayers were required to report to the IRS the total income received in a tax year on line 22 of United States Individual Income tax Return, Form 1040 ("Individual Income Tax Return").

3. A taxpayer who operated his or her own business was required to report the business' income and expenses to the IRS in the business' corporate tax return or report the business' income and expenses on Schedule C of an Individual Income Tax Return. A taxpayer who elects to file an Individual Income Tax Return Schedule C had an obligation to report to IRS on the Schedule C Form 1040 all "gross receipts or sales" from businesses the taxpayer operated

as sole proprietorships. These gross receipts or sales were required to be reported on Line 1 of the Schedule C.

**Defendant**

4. FTP Tax Solutions, LLC ("FTP"), a tax return preparation business, was organized as a limited liability company in the State of Florida by Defendant **KASALI OPABOLA, JR.** on October 2, 2012. FTP's current principal place of business is 372 N. Congress Avenue, Boynton Beach, Florida and its mailing address is 7135 Via Abruzzi, Lake Worth, FL 33467.

5. Opaworld Network Inc. ("Opaworld") was incorporated as a not for profit corporation in the State of Florida by Defendant **KASALI OPABOLA, JR.**, on June 16, 2014. Opaworld's principal place of business and its mailing address is 7135 Via Abruzzi, Lake Worth, FL 33467.

6. Defendant **KASALI OPABOLA, JR.** was a resident of Palm Beach County. According to the State of Florida Division of Corporate Records, from October 2, 2012, to at least until March 21, 2016, Defendant **KASALI OPABOLA, JR.** was a member of FTP. According to the State of Florida Division of Corporate Records, on March 21, 2016, Defendant **KASALI OPABOLA, JR.** reported he was the sole member and Chief Executive Officer of FTP. According to the State of Florida Division of Corporate Records, Defendant **KASALI OPABOLA, JR.** was the sole officer of Opaworld.

7. Defendant **KASALI OPABOLA, JR.** managed, supervised, directed, and operated FTP and Opaworld and held signature authority on the business bank accounts for FTP and Opaworld.

8. Defendant **KASALI OPABOLA, JR.** received income for services as the owner and operator of FTP and collected fees as a tax return preparer for clients. This income and these fees were then deposited into bank accounts held under the name FTP and Opaworld, over which Defendant **KASALI OPABOLA, JR.** held signatory authority.

9. Defendant **KASALI OPABOLA, JR.** elected to report the income he earned from FTP on his Individual Income Tax Return, for tax years 2014 and 2015, as a Schedule C business.

## COUNTS 1 & 2
### Making and Subscribing a False Tax Return
### (26 U.S.C. § 7206(1))

10. The general allegations contained in paragraphs 1 through 9 are realleged and reincorporated as though fully set forth herein.

11. On or about the date set forth below, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**KASALI OPABOLA, JR.,**

a resident of Palm Beach County, did willfully make and subscribe a United States Income Tax Return Form 1040 for the calendar year identified in each count below, which was verified by a written declaration that it was made under the penalties of perjury, and filed with the IRS, which tax return Defendant **KASALI OPABOLA, JR.** did not believe to be true and correct as to every material matter, in that the tax return falsely underreported the total income to Defendant **KASALI OPABOLA, JR.** and falsely underreported gross receipts for FTP, whereas Defendant **KASALI OPABOLA, JR.** then and there knew that the total income and the Schedule C gross receipts for FTP were substantially greater than the reported amount, as follows:

| COUNT | Approximate Date Return Filed | Calendar Year | Form 1040 False Material Matters | Schedule C False Material Matters |
|---|---|---|---|---|
| 1 | April 14, 2015 | 2014 | Line 22 total income of $9,957 | Line 1 gross receipts of $94,318 |
| 2 | June 6, 2016 | 2015 | Line 22 total income of $11,183 | Line 1 gross receipts of $124,462 |

In violation of Title 26, United States Code, Section 7206(1).

3

## COUNT 3
### Failure to File Income Tax Return
### (26 USC § 7203)

12. The general allegations contained in paragraphs 1 through 9 are realleged and reincorporated as though fully set forth herein.

13. During calendar year 2016, Defendant **KASALI OPABOLA, JR.** who was a resident of Palm Beach County, Florida, had and received gross income in excess of $13,350 and net earnings from self-employment of at least $400; that by reason of such gross income and net earnings from self-employment Defendant **KASALI OPABOLA, JR.** was required by law, following the close of the calendar year 2016, and on or before October 15, 2017, to make an income tax return to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, Defendant **KASALI OPABOLA, JR.** did willfully fail to make an income tax return on or before October 15, 2017.

All in violation of Title 26, United States Code, Section 7203.

A TRUE BILL

FOREPERSON

_[signature]_ for
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_[signature]_
ROBIN W. WAUGH
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

KASALI OPABOLA, JR.,

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami   ___ Key West
___ FTL    ✓ WPB   ___ FTP

New defendant(s)         Yes ___   No ___
Number of new defendants  ___
Total number of counts    ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                  (Check only one)
   I    0 to 5 days      ✓           Petty      ___
   II   6 to 10 days     ___         Minor      ___
   III  11 to 20 days    ___         Misdem.    ___
   IV   21 to 60 days    ___         Felony     ✓
   V    61 days and over ___

6. Has this case previously been filed in this District Court?      (Yes or No)   No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
ROBIN WAUGH
ASSISTANT U.S. ATTORNEY
Florida Bar No. 537837

*Penalty Sheet(s) attached                                                REV 8/13/2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Kasali Opabola, Jr.

**Case No:** _____

Counts #: 1 - 2

Filing a false individual income tax return

Title 26 U.S.C. § 7206(1)

**\* Max. Penalty:** 3 years' imprisonment, $250,000 fine, 1 year term of supervised release

Count #: 3

Failure to file an individual income tax return

Title 26 U.S.C. § 7203

**\*Max. Penalty:** 1 year imprisonment, $100,000 fine, 1 year term of supervised release

Count #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable**